NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

THE COMPAK COMPANIES, LLC,
*Plaintiff-Appellant,*

v.

JIMMIE L. JOHNSON, RON BOWEN,
PATPAK, INC., OLMARC PACKAGING COMPANY,
AND URBAN MINISTRIES, INC.,
*Defendants,*

AND

BRUCE CARLSON, DUOTECH HOLDINGS, INC.,
AND DUOTECH PACKAGING, LLC,
*Defendants-Appellees.*

2011-1457

Appeal from the United States District Court for the Northern District of Illinois in case no. 03-CV-7427, Senior Judge John F. Grady.

-------------------------------------------------

THE COMPAK COMPANIES, LLC,
*Plaintiff-Appellee,*

**v.**

## JIMMIE L. JOHNSON, RON BOWEN, PATPAK, INC., OLMARC PACKAGING COMPANY, AND URBAN MINISTRIES, INC.,
*Defendants,*

**AND**

## BRUCE CARLSON, DUOTECH HOLDINGS, INC., AND DUOTECH PACKAGING, LLC,
*Defendants-Appellants.*

2011-1483

Appeal from the United States District Court for the Northern District of Illinois in case no. 03-CV-7427, Senior Judge John F. Grady.

## ON MOTION

## O R D E R

On February 29, 2012, this court issued an order rejecting The Compak Companies, LLC's brief and stating, *inter alia,* that "Compak shall file a corrected version of its initial brief . . . within 21 days of the date of this order. Failure to do so will result in dismissal of Compak's appeal for lack of prosecution. *See* Fed. R. App. P. 3(a)(2)." Accordingly Compak's brief was due on or before March 21, 2012. Compak missed this deadline by one day, serving its brief on March 22, 2012.

Compak's untimely filing constitutes a failure to comply with the court's order. Pursuant to that order, Compak's appeal is, therefore, dismissed.

Accordingly,

IT IS ORDERED THAT:

(1) Appeal no. 2011-1457 is dismissed. The revised caption in 2011-1483 is reflected above.

(2) The initial brief for Bruce Carlson, DuoTech Holdings, Inc., and DuoTech Packaging, LLC, in 2011-1483 is due on or before May 14, 2012.

(3) All sides shall bear their own costs in 2011-1457.

FOR THE COURT

MAR 2 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: George J. Spathis, Esq.
   Andrew J. Cohen, Esq.

s23

Issued As a Mandate (as to 2011-1457 only): MAR 2 8 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 8 2012

JAN HORBALY
CLERK